[No. 20238-7-II.     Division Two.     April 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEON HEFLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00828-3, Edwin L. Poyfair, J., entered December 22, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 23019-4-II.     Division Two.     April 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE RAY LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-01098-2, Don L. McCulloch, J., entered February 19, 1998. *Remanded* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 23193-0-II.     Division Two.     April 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANIBAL VALENTIN-SANTIAGO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00099-3, Stephen M. Warning, J., entered April 16, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 23439-4-II.     Division Two.     April 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JUANITA DIANNE COOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00217-1, James E. Warme, J., entered June 23, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.